IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:21-cr-00643-CKK |
| ) | |
| WILLARD THOMAS BOSTIC JR., ) | JUDGE COLLEEN KOLLAR-KOTELLY |
| ) | |
| Defendant. ) | |
| ) | |

### NOTICE OF CONSENT TO EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT

I, Willard Bostic, understand that I have a right to a speedy trial pursuant to 18 U.S.C. § 3161. I have discussed this right with my attorney. I understand that my attorney has asked the court to continue the Status Hearing to allow for additional time to obtain discovery and discuss potential pretrial resolution of the case with the government. I agree that it is in my best interest and in the interest of justice to continue the hearing. Therefore, I give notice to the Court that I consent to the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, through October 17, 2022. I freely and voluntarily waive any such rights available to me through October 17, 2022.

Respectfully submitted

*willard t bostic*
willard t bostic (Aug 9, 2022 17:44 EDT)

Willard Bostic

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Consent to Exclusion of Time Under Speedy Trial Act is being filed via ECF.

/s/ *Nicole E. Springstead-Stolte*
Nicole E. Springstead-Stolte