**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No.: 21-CR-00643 (CKK) |
| v. | 40 U.S.C. § 5104(e)(2)(G) |
| **WILLARD THOMAS BOSTIC, JR.,** | |
| **Defendant.** | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the Defendant, **WILLARD THOMAS BOSTIC, JR.,** with the concurrence of his attorney, agree and stipulate to the below factual basis for the Defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election,

which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.7 million dollars for repairs.

7.      Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *WILLARD THOMAS BOSTIC, JR.'S Participation in the January 6, 2021, Capitol Riot*

8.      The Defendant, **WILLARD THOMAS BOSTIC, JR.**, lives in Chesapeake, Virginia. On the morning of January 6, 2021, Defendant traveled from Chesapeake, Virginia to Washington, D.C., via automobile with his daughters Meghan Rutledge and Karegan Bostic.

9.      On January 6, Defendant, Meghan Rutledge, and Karegan Bostic attended the "SAVE AMERICA RALLY" at the ellipse and then walked to the Capitol because President Trump said he was going to walk to the Capitol with those at the rally at the ellipse.

10.     Defendant, Meghan Rutledge, and Karegan Bostic entered the Capitol through the Senate Wing doors at approximately 3:12 p.m. Upon entering, Defendant took selfies with Meghan Rutledge and Karegan Bostic. Defendant exited the Capitol through the Senate Wing door at approximately 3:16 p.m. with Meghan Rutledge and Karegan Bostic.

11. Defendant, Meghan Rutledge, and Karegan Bostic were present when members of the mob gathered on the West Front at the inaugural stage and Upper West Terrace. After briefly entering the Capital as described above, Defendant contends that he climbed the steps of the Capitol to reach the scaffolding at the inaugural stage in order to meet his friend who had texted his location after they had gotten separated. Meghan Rutledge and Karegan Bostic joined him on the scaffolding after the Defendant's friend had texted the Defendant and told him, "I am on top of the scaffolding. . .[t]op right side" and the Defendant responded, "[c]oming to you." The Defendant's friend then texted, "[t]urning my phone off," because his battery was dying. They all then left the Capitol, walked to their car, and returned to Virginia where they live.

## *Elements of the Offense*

12. Willard Bostic, Jr. knowingly and voluntarily admits to all the elements of Title 40, United States Code, Section 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building. Defendant ~~further~~ admits that while inside the Capitol, Defendant willfully and knowingly paraded, demonstrated, or picketed. Aside from the elements of the offense, the Government contends that Defendant willfully and knowingly entered the U.S. Capitol Building knowing that he did not have permission to do so.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Anthony L. Franks
Anthony L. Franks
Assistant United States Attorney
Missouri Bar No. 50217MO
Detailee – Federal Major Crimes
United States Attorney's Office

For the District of Columbia
Telephone No. (314) 539-3995
anthony.franks@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, **WILLARD THOMAS BOSTIC, JR.,** have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 10/13/22

_____
**WILLARD THOMAS BOSTIC, JR.,**
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 10/13/2022

_____
Gary K. Springstead
Attorney for Defendant